**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                              NO. 4:05CR00008-001 SWW

TERRY JONES

### ORDER

The above entitled cause came on for hearing on government's motions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, testimony of the witnesses and the exhibits received, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked** granting government's motions [docs #41,48,49]; and that defendant shall serve a term of imprisonment of *FIFTEEN (15) MONTHS* in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at FCI, Forrest City, Arkansas; and that defendant participate in non-residential substance abuse treatment and mental health counseling specifically focusing on anger management. Restitution balance of $975.88 is mandatory and payable at 50% per month of all funds that are available to him during incarceration. The interest is waived pursuant to 18 U.S.C. § 3612.

There will be *NO* supervised release to follow.

IT IS FURTHER ORDERED that the U. S. Marshal take the defendant into custody immediately for transport to the designated facility to begin the service of the sentence imposed.

IT IS SO ORDERED this 1st day of April 2009.

                                                     /s/Susan Webber Wright

                                                     United States District Judge